**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALLA ALI BIN ALI AHMED,** *et al.*, | : | |
| | : | |
| **Petitioners,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1678 (GK)** |
| | : | |
| **BARACK H. OBAMA,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

**<u>ORDER</u>**

Upon consideration of the merits hearing which is scheduled for April 14, 2009, and the briefs which have been filed therein, it is this 2nd day of April 2009, hereby

**ORDERED**, that a Pretrial Conference, in Chambers, is scheduled for **April 9, 2009, at 10:00 a.m.**[1]

/s/ _____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1]     Counsel should inform the Court immediately if they have a conflict with this date and time.